# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-cr-542-KJD-GWF |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | **ORDER FOR DISMISSAL** |
| FRANK BRYAN DAWSON, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Indictment filed on November 3, 2010, as to Defendant Frank Bryan Dawson.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert Bork
_____
ROBERT BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED this __1__ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

2